■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. Cox, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Cowhey, J.), imposed January 28, 1991.

Ordered that the sentence is affirmed *(see, People v Gamble,* 111 AD2d 869; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.